JOEL P. GUMBINER (#111586)
GORDON McAULEY (#99932)
WILLIAMS & GUMBINER LLP
1010 B Street, Suite 200
San Rafael, CA 94901
Phone: (415) 755-1880
Joel@insuredlaw.com
Gmcauley@williamsgumbiner.com

Attorneys for Plaintiff Peter Jegers

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JEGERS<br><br>Plaintiff,<br><br>vs.<br><br>ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:19-CV-03982-DMR<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP41(a)(1).

Pursuant to FRCP 41(a)(1)(A)(ii) the parties hereto stipulate that this matter be dismissed in its entirety. The parties further stipulate that the dismissal be with prejudice, and with each party to bear its own fees and costs. A [Proposed] Order is lodged herewith.

Gordon D. McAuley attests that pursuant to ECF Rule 5-1(e)(3), all other signatories listed, and on whose befalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | DATED: February 24, 2020 | WILLIAMS & GUMBINER, LLP |
| 2 | | |
| 3 | | _____<br>Joel P. Gumbiner/Gordon D. McAuley<br>Attorneys for Plaintiff Peter Jegers |
| 4 | | |
| 5 | DATED: February 24, 2020 | MOKRI, VANIS & JONES, LLP |
| 6 | | |
| 7 | | _____/S/_____<br>GailAnn Y. Stargardter<br>Attorneys for Defendant Atain Specialty Ins Co. |

G:\CLIENT DOCUMENTS\Jegers, Dan\Litigation\Federal Court\CAPTION.doc

-2-

19-cv-03982-DMR          STIPULATION FOR DISMISSAL

# PROOF OF SERVICE

Case Name:      *Jegers v. Atain, USDC NDCA 19-cv-03982-DMR*

I, the undersigned, under penalty of perjury, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within entitled cause of action. My business address is 1010 B Street, Suite 200, San Rafael, CA 94901, and I am employed in Marin County, California. On **February 24, 2020**, I served a true copy of:

**STIPULATION OF DISMISSAL**

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**

I caused to be served said document on the following parties involved as follows:

GailAnn Y. Stargardter
Mokri, Vanis & Jones, LLP
4100 Newport Place Drive, Suite 840
Newport Beach, CA 92660
(949) 226-7040  Fax: (949) 226-7150
gstargardter@mvjllp.com
Patricia Tonti-Mace – staff
ptonti-mace@mvjllp.com
Atain Specialty Insurance Company

| | |
|---|---|
| x | **By E-Service by using the CM/CMF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.** |
| | **By First Class Mail** by depositing sealed envelopes in the United States mail at San Rafael, California with postage fully prepaid. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on **February 24, 2020**, at San Rafael, California.

_____
Victoria Fedoroff
vfedoroff@williamsgumbiner.com

G:\CLIENT DOCUMENTS\Jegers, Dan\Litigation\Federal Court\POS.doc

1